[No. 4805-5-III.   Division Three.   December 7, 1982.]

ESTATE OF MAXWELL F. KEPL, *Appellant,* v. THE STATE
OF WASHINGTON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 80-2-01551-1, George T. Shields, J.,
entered October 14, 1981. *Affirmed in part* and *reversed in
part* by unpublished opinion per McInturff, C.J., concurred

in by Green and Roe, JJ.